THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LUCIA FLORES, DONNA RUCKER, JASON STEBBINS, SANDY WHITE, JULIE BLOOM STEBBINS, CHERI ANNE CLARKE, and, BECKY WHITE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES,INC.<br><br>        Defendants. | Case No.: 2:21-cv-00873-BJR<br><br>**STIPULATED MOTION TO TRANSFER VENUE AND ORDER** |

## **STIPULATION**

Plaintiffs Lucia Flores, Donna Rucker, Jason Stebbins. Sandy White, Julie Bloom Stebbins, Cheri Anne Clarke, and Becky White ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon.com Services, Inc. ("Amazon") jointly stipulate and move the Court as follows:

WHEREAS, Plaintiffs originally filed this action in the United Stated District Court for the Western District of Washington;

WHEREAS, pursuant to Defendants' request, discussions between the parties, and 28 U.S.C. § 1404(a), all parties consent to transfer venue to the United States District Court for the Northern District of Illinois ("N.D. Ill.");

WHEREAS, the convenience of the parties and witnesses are likely to be advanced by transfer because relevant evidence and witnesses are likely to be located within the N.D. Ill.;

STIP. MOTION TO TRANSFER VENUE       - 1 -
AND ORDER
CASE NO.: 2:21-CV-00873-BJR

1    WHEREAS, the interests of justice and judicial economy are likely to be advanced by

2  transfer to the N.D. Ill. because an action pending in that district concerns substantially the same

3  parties, property, transaction, or event as alleged in this action, namely that this action and the

4  action in the N.D. Ill. set forth claims under the Illinois Biometric Information Privacy Act arising

5  from the use of Amazon's Alexa-enabled devices and the recording of users' voices during the

6  operation of Alexa allegedly without their consent;

7    NOW, THEREFORE, in consideration of the foregoing, Plaintiffs and Amazon certify that

8  they have met and conferred and agree and hereby stipulate to transfer this action to the United

9  States District Court for the Northern District of Illinois.

10

11  Dated: July 29, 2021                      Respectfully submitted,

12                                            FENWICK & WEST LLP

13                                            By:  *s/ Brian D. Buckley*
                                                   Brian D. Buckley, WSBA No. 26423
14
                                              FENWICK & WEST LLP
15                                            1191 Second Avenue, 10th Floor
                                              Seattle, WA  98101
16                                            Telephone:  206.389.4510
                                              Facsimile:  206.389.4511
17                                            Email:       bbuckley@fenwick.com

18                                            Laurence F. Pulgram (admitted *pro hac vice*)
                                              Jedediah Wakefield (admitted *pro hac vice*)
19
                                              FENWICK & WEST LLP
20                                            555 California Street, 12th Floor
                                              San Francisco, CA 94104
21                                            Telephone:  415.875.2300
                                              Facsimile:   415. 281.1350
22                                            Email:       lpulgram@fenwick.com
                                                           jwakefield@fenwick.com
23
                                              *Attorneys for Defendants*
24                                            AMAZON.COM, INC. and
                                              AMAZON.COM SERVICES, INC.
25

26

27

28

STIP. MOTION TO TRANSFER VENUE          - 2 -
AND ORDER
CASE NO.: 2:21-CV-00873-BJR

| | |
|---|---|
| 1 | Dated: July 29, 2021 |

Law Offices of David B. Richardson, P.S.

By: */s/ David B. Richardson*
    David B. Richardson

Law Offices of David B. Richardson, P.S.
2135 112th Ave., N.E., Suite 200
Bellevue, WA 98004
Ph: 425-646-9801
Fax: 425-451-2661
Email: david@dbrlaw.com

Brandon M. Wise (admitted *pro hac vice*)
PEIFFER WOLF CARR KANE & CONWAY, LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@prwlegal.com

Aaron Siri, Esq. (admitted *pro hac vice*)
Mason Barney, Esq. (admitted *pro hac vice*)
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10166
Telephone: 212-532-1091
Email: aaron@sirillp.com
Email: mbarney@sirillp.com

*Attorneys for Plaintiffs*

STIP. MOTION TO TRANSFER VENUE
AND ORDER
CASE NO.: 2:21-CV-00873-BJR

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Having considered the Parties' Stipulated Motion to Transfer Venue, the Court finds that venue is appropriate in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and that transfer to that District will advance the convenience of the parties and witnesses, the interests of justice, and judicial economy because an additional action pending within the District is likely to concern substantially the same parties, property, transaction, or event as alleged in this action.

It is HEREBY ORDERED that:

1. The Stipulated Motion to Transfer Venue (Dkt. No. 15) is GRANTED.

2. The Clerk of Court is directed to transfer this case to the United States District Court for the Northern District of Illinois under 28 U.S.C. § 1404(a).

3. All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

DATED this 29th day of July, 2021.

s/Barbara J. Rothstein
Barbara Jacobs Rothstein
U.S. District Judge

STIP. MOTION TO TRANSFER VENUE            - 4 -
AND ORDER
CASE NO.: 2:21-CV-00873-BJR